IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUE A. GOOD,

**Plaintiff,**

v.

MAXIM HEALTHCARE SERVICES, INC.,

**Defendant.**  No. 09-0146-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's stipulation for dismissal (Doc. 21). Pursuant to the stipulation, the Court **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 8th day of July, 2009.

/s/   David R Herndon

**Chief Judge
United States District Court**